## TEXAS DEPARTMENT OF PUBLIC SAFETY
## TEXAS RANGERS

| | |
|---|---|
| **THIS REPORT IS THE PROPERTY OF THE TEXAS RANGERS. NEITHER IT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.** | |

| | | | |
|---|---|---|---|
| LEAD INVESTIGATOR: | JOSHUA JENKINS | INVEST#: | 2022I-TRB-50084960 |
| SUPERVISOR: | NICHOLAS CASTLE | OPENED: | 02/18/2022 |
| TITLE: | CUSTODIAL DEATH, SMITH COUNTY, TORRY NEWMAN, 02-18-2022 | FILE STATUS: | CLOSED |
| TYPE: | CRIMINAL | DIVISION: | TEXAS RANGERS |
| SERVICE: | | REGION: | B |
| DISTRICT: | | AREA: | TYLER |
| SUBTYPE: | OTHER - CUSTODIAL DEATH | SPURS URN: | CMIV50084960 |
| CATEGORY: | | REVIEW DATE: | 01/13/2024 |
| SPECIAL APPROVAL: | | LEGACY REF: | |
| PROGRAM: | CRIMES AGAINST PERSON | SUBPROGRAM: | FELONY |
| CASE#: | | | |

## INVESTIGATION SYNOPSIS

On 02-18-2022, I, Texas Ranger Joshua Jenkins assisted the Smith County Sheriff's Office with the custodial death of Torry Lamont Newman, an inmate at the Smith County Jail.

## SUPPLEMENTAL SYNOPSES

**S1 02/21/2022 Report Writer: Joshua Jenkins**
**03/21/2022 Approved by: Nicholas Castle**
On 02-18-2022, I, Texas Ranger Joshua Jenkins assisted the Smith County Sheriff's Office with the custodial death of Torry Lamont Newman, an inmate at the Smith County Jail.

**S2 02/23/2022 Report Writer: Joshua Jenkins**
**09/30/2022 Approved by: Nicholas Castle**
This report will detail evidence collection at the Smith County Jail concerning the custodial death of Torry Lamont Newman.

**S3 02/21/2022 Report Writer: Joshua Jenkins**
**10/17/2022 Approved by: Nicholas Castle**
This report will document the jail surveillance footage capturing Torry Lamont Newman's custodial death at the Smith County Jail.

**S4 02/24/2022 Report Writer: Joshua Jenkins**
**10/17/2022 Approved by: Nicholas Castle**
This report will document a recorded interview with Smith County Sheriff's Office (SCSO) Central Jail Sergeant (Sgt) Maria Vallejo-Robles concerning the custodial death of Torry Lamont Newman.

**S5 02/25/2022 Report Writer: Joshua Jenkins**
**11/02/2022 Approved by: Nicholas Castle**
This report will document a recorded interview with Smith County Sheriff's Office (SCSO) Central Jail (Jailer) Nicholas Vega concerning the custodial death of Torry Lamont Newman.



**S6 02/28/2022 Report Writer: Joshua Jenkins**
  **11/02/2022 Approved by: Nicholas Castle**
  This report will document a preliminary autopsy report received from the Southwestern Institute of Forensic Sciences at Dallas (SWIFS) concerning the custodial death of Torry Lamont Newman.

**S7 03/11/2022 Report Writer: Joshua Jenkins**
  **11/02/2022 Approved by: Nicholas Castle**
  This report will document evidence obtained through the issuance of a subpoena concerning Torry Lamont Newman's medical records held by UT Health East Texas Emergency Medical Service (EMS).

**S8 03/23/2022 Report Writer: Joshua Jenkins**
  **11/02/2022 Approved by: Nicholas Castle**
  This report will document medical records obtained from the Smith County Sheriff's Office Jail concerning the custodial death of Torry Lamont Newman.

**S9 04/04/2022 Report Writer: Joshua Jenkins**
  **11/02/2022 Approved by: Nicholas Castle**
  This report will document the final autopsy report received from the Southwestern Institute of Forensic Sciences at Dallas concerning the custodial death of Torry Lamont Newman.

**S10 06/29/2022 Report Writer: Joshua Jenkins**
  **07/17/2023 Approved by: Nicholas Castle**
  The report will document the submission of the investigative file with no criminal charges to the Smith County District Attorney's Office for review.

**S11 09/20/2023 Report Writer: Joshua Jenkins**
  **10/16/2023 Approved by: Nicholas Castle**
  This report will document the closure of the investigative file.

## SUPPLEMENTAL DETAILS

**S1**   S1.1     On 02-18-2022, at 6:00 AM, I, Texas Ranger Joshua Jenkins was called to assist the Smith County Sheriff's Office (SCSO) with the custodial death of an inmate. The death occurred at the Smith County Jail located at 227 N. Spring Avenue, Tyler, Texas.

S1.2     I spoke with SCSO Jail Lieutenant John Shoemaker who identified the deceased inmate as Torry Lamont Newman, (B/M, DOB: 09-14-1975).

S1.3     Lieutenant Shoemaker told me jail staff discovered Newman in his separation cell unresponsive. SCSO jail and nursing staff employees attempted life saving measures but were unsuccessful.

**REPORT OF INVESTIGATION**

S1.4    I responded to the scene to investigate the custodial death of Newman. Additional supplemental reports will detail investigative efforts by the Texas Rangers.

S1.5    This investigation is ongoing.

**S2**    S2.1    On 02-18-2022 at 6:58 AM, I, Texas Ranger Joshua Jenkins arrived on scene and met with Smith County Jail Lieutenant John Shoemaker. Shoemaker led me to the cell where Newman's body was located. Newman was not transported from the jail because there were no signs of life following medical intervention.

S2.3    Shoemaker told me Newman was inside of a separation cell and was being housed by himself. Newman's cell has a motion sensor activated camera. Shoemaker stated they were working to provide me with a copy of the cell footage.

S2.4    Newman was being housed in a single person cell labeled "Detox 2." Detox 2 is located on the first floor of the Smith County Jail within proximity of the jail's booking area. There is a window on the cell's door and two windows located to the right of the door. There was a tray of food outside Newman's cell near the door, which Shoemaker told me belonged to Newman.

S2.5    I looked inside the cell and noticed Newman's unclothed body on the floor. Shoemaker stated once medical staff determined Newman was deceased, the cell was locked down until I could arrive on scene. I noticed medical intervention equipment and packaging inside of his cell.

S2.6    Shoemaker told me according to jail staff, Newman was known to undress and remain undressed while he was in his cell. He stated Newman was supplied with an "overall" type jump suit, but Newman refused to wear it. There was a jail "jump suit" and sandals located inside of Newman's cell.

S2.7     I took photographs of the inside and outside of Newman's cell (S2.P1). I did not notice anything out of the ordinary while looking through Newman's cell. There was no apparent trauma observed on Newman's body.

S2.8      I could detect an odor of urine on Newman's body, and it appeared he may have urinated on himself at some point.

S2.9      The toilet, which is in the middle of the cell floor was functional. The water fountain feature in Newman's cell was functional and working properly. There were two plastic drinking cups sitting atop the water fountain.

S2.10      Smith County Justice of the Peace Quincy Beavers arrived on scene and conducted an inquest. Judge Beavers ordered an autopsy be conducted and Newman's body was transported to Southwestern Institute of Forensic Sciences in Dallas. I secured the body bag with a tamper proof seal for transport to the medical examiner's office.

S2.11      Shoemaker provided me with a list of jail staff who were working when Newman was discovered deceased. Shoemake told me jail supervision contacted Newman's family members to deliver the death notification.

S2.12      Shoemaker provided me with typed witness statements completed by jail staff, an observation log, and Smith County Sheriff's Office booking sheet for Newman (S2.A1).

S2.13      I took measurements of Newman's cell and completed a drawing of the cell's layout (S2.A2).

S2.14      This investigation is ongoing.

**S3**     S3.1     On 02-18-2022, I, Texas Ranger Joshua Jenkins collected

**REPORT OF INVESTIGATION**                                    Page 5 of 23

surveillance footage from Smith County Sheriff's Office (SCSO) Jail
Lieutenant John Shoemaker. The footage captures the inside of Torry
Lamont Newman's (B/M, DOB: 09-14-1975) jail cell and other angles
outside his cell.

S3.2    Lieutenant Shoemaker told me Newman's cell is equipped with a
motion sensor camera. The camera will only record when it senses motion
from inside the cell.

S3.3    I watched the recordings provided to me, which consist of three
sperate camera angles (S3.P1).

S3.4    The first angle is from the motion sensor camera inside of
Newman's cell marked as "clip 1." The recording is 40 minutes and 37
seconds in length.

S3.5    The recording is timestamped "DETOX 0148, 02-18-2022,
04:22:26 AM at its start.

S3.6    Newman is observed unclothed sitting on his bottom in the far-left
corner of his cell. It appears Newman has urinated on himself as there is a
puddle of liquid seen on the camera view underneath his feet. This is
further supported by the smell of urine I detected while searching
Newman's cell for evidence.

S3.7    Newman appears to be unsteady while he is sitting on the floor.
His upper torso is observed rocking or swaying side-to-side. His orange
jump suit is laying behind him on the floor of his cell.

S3.8    The video jumps several times due to the camera being motion
activated. The first jump occurs at 04:28:09, 04:30:06, 04:32:55 and
eventually at 05:10:50 when jailers enter his cell.

S3.9    At 05:10:50, Newman is observed laying on his back with his head

pointing towards the observation widow or cell doorway. His right leg is extended, and his left leg is bent at the knee with his left foot underneath his right thigh.

S3.10     Newman's left arm is extended down by his torso and his right arm is slightly extended but bent at the elbow. His head is pointed upwards with the left side of his face resting against the far-left cell wall.

S3.11     SCSO jailers are observed trying to get Newman to respond to them. There is no audio to the recording, so no sound is heard.

S3.12     The first jailer observed entering Newman's cell is observed touching Newman's right hand at least twice with no response from Newman. The jailer is Norali Velazquez, (W/F, DOB: _____).

S3.13     Another male jailer is seen entering the cell and touching Newman to illicit a response from Newman. A female jailer, Sergeant Maria Vallejo-Robles, (W/F, DOB: _____) enters the cell and is observed touching Newman's stomach with no response from Newman.

S3.14     At 05:13:01 a female nurse enters Newman's cell and begins life saving measures. The nurse starts chest compressions on Newman as another nurse arrives in the cell with an automatic external defibrillator (AED). The two nurses are Maria Dimaculanga, (W/F, DOB: _____ and Kelly Nicole Ellis, (W/F, DOB: _____).

S3.15     Nurse Ellis entered the cell with the AED and is observed attaching the device to Newman's body. Nurse Ellis is observed doing chest compressions on Newman. Nurse Dimaculanga returns with a resuscitator and takes over performing chest compressions on Newman.

S3.16     Both nurses are observed alternating between chest compressions and resuscitation efforts on Newman. These life saving measures continued until 05:24:31 when emergency medical services (EMS) personnel arrived.

**REPORT OF INVESTIGATION**

S3.17     UT Health East Texas EMS personnel arrive on scene and continue lifesaving efforts on Newman.

S3.18     EMS personnel are observed pulling Newman's body from the raised concrete bed and onto the floor. EMS continued to do chest compressions on Newman and Tyler Fire Department personnel are observed arriving on scene at 05:28:48.

S3.19     A Tyler Fireman is observed continuing compressions on Newman's body.

S3.20     EMS and Tyler Firemen continue resuscitation efforts on Newman till 05:51:39. The recording inside of Newman's cell ends at 05:54:37.

S3.21     Clip 2 is the second angle of footage collected from SCSO. This recording captures footage from outside of Newman's cell. The recording is 1 hour, 40 minutes, and 3 seconds in length.

S3.22     The timestamp on the footage is "Booking, 02-08-2022, 04:20:00 AM." It captures the booking desk and the hallway area in front of Newman's cell. There is no audio with the footage and the footage is somewhat distorted, but viewable. The camera's timestamp date is off by 10 days showing February 8th rather than February 18th, 2022.

S3.23     At 04:31:27 AM, SCSO Sergeant Vallejo-Robles is observed near Newman's cell where it is believed she conducted an observation check on Newman. This camera angle makes it hard to physically observe her looking into his cell.

S3.24     However, there is a corresponding time entry made by Sergeant Vallejo-Robles on the SCSO Central Jail observation sheet at 04:31 AM, on 02-18-2022 (S3.A1).

**REPORT OF INVESTIGATION**

S3.25     At 04:51:27 AM, SCSO Jailer Tre Kobe Washington, (B/M, DOB: ⬛⬛⬛⬛⬛) is observed near Newman's cell where it is believed he conducted an observation check on Newman. There is a corresponding entry made on the SCSO Central Jail observation sheet at 04:51 AM, on 02-18-2022. Again, the camera angle makes it hard to physically observe him looking into Newman's cell.

S3.26     At 05:09:53 AM, SCSO Jailer Velazquez is observed near Newman's cell where it is believed she conducted an observation check on Newman. There is a corresponding entry made on the SCSO Central Jail observation sheet at 05:11 AM, 02-18-2022.

S3.27     At 05:10:26 AM, Jailer Velazquez is observed retrieving gloves near the booking desk and returning to Newman's cell with a male jailer watching from the booking desk.

S3.28     The male jailer and Sergeant Vallejo-Robles walk over to Newman's cell where it is believed they entered the cell with Jailer Velazquez.

S3.29     Sergeant Vallejo-Robles is observed exiting the cell and appears to be using the phone at the booking desk.

S3.30     Sergeant Vallejo-Robles returns to Newman's cell and is observed putting gloves on.

S3.31     At 05:13:03 AM, SCSO jail nurses Dimaculanga and Ellis are observed arriving at Newman's cell.

S3.32     At 05:24:23 AM, UT Health East Texas EMS is observed arriving at Newman's cell.

S3.33     At 05:28:35 AM, Tyler Fire Department is observed arriving on scene and entering Newman's cell.

S3.34     There is activity observed in front of Newman's cell by various jail staff, fireman, and EMS personnel until the recording stops at 06:00:02 AM.

S3.35     Clip 3 is the third angle of footage collected from SCSO. The footage captures another angle from outside of Newman's cell. The recording is 1 hour, 7 minutes, and 5 seconds in length.

S3.36     The timestamp on the footage is Booking Waiting, 02-18-2022, 04:20:00 AM. It captures the waiting area for inmates and an area in front of Newman's cell. There is no audio with this footage.

S3.37     After reviewing clip 3 footage the times are consistent with the significant times, I've listed in clip 1 and clip 2. The recording shuts off at 05:59:44 AM.

S3.38     There is no footage capturing anyone entering Newman's cell until he is observed by Jailer Velazquez at 05:09:53 AM.

S3.39     According to footage captured in clip 1, Newman is still alive at 04:33:07 AM, 02-18-2022. Due to the motion sensor camera not activating until Jailer Velazquez enters Newman's cell, no other time is recorded until 05:10:50 AM. There is roughly 37 minutes and 43 seconds of unrecorded time due to SCSO's sensor motion camera.

S3.40     This investigation is ongoing.

S4     S4.1     On 02-22-2022, at 7:46 PM, I, Texas Ranger Joshua Jenkins conducted an audio/video recorded interview with SCSO Central Jail SGT Maria Vallejo-Robles, (W/F, DOB:          ).

**REPORT OF INVESTIGATION**

S4.2     The interview took place at the Smith County Central Jail. Sgt Vallejo-Robles was allowed to review her written statement prior to the interview.

S4.3     The following summary does not contain all comments made during the interview, nor does it necessarily reflect the chronology. For a complete account, please refer to the recording made (S4.P1).

S4.4     The entire recording is 15 minutes and 23 seconds in length.

S4.5     Sgt Vallejo-Robles said her shift came on duty at 7:00 PM, 02-17-2022. Sgt Vallejo-Robles is a SCSO jail shift supervisor responsible for supervising other SCSO jailers on her shift.

S4.6     Sgt Vallejo-Robles stated Torry Lamont Newman, (B/M, DOB:           ) was in a cell by himself due to his mental state. She said he wasn't aggressive but couldn't be with other inmates because he couldn't take care of himself. She did not recall any significant information concerning Newman during her briefing with jail staff from 1st shift.

S4.7     She described a prior incident where Newman would ask jail staff where he was. She said he made statements about not knowing he had been arrested.

S4.8     She told me Newman denied his medications the evening prior to his death. She said Newman usually slept all night. She said she saw Newman awake around 2 or 3 in the morning. She stated he was just sitting in his cell.

S4.9     Sgt Vallejo-Robles stated sometimes Newman would take his medications and other times he would not. She made the comment that SCSO nurses have told her they can't force someone to take their medication.

REPORT OF INVESTIGATION

S4.10     She told me she believed Newman was seen by mental health professionals at the jail. She told me this usually occurs on day shift though.

S4.11     Sgt Vallejo-Robles said one of her jailers, Norila Velazquez, (W/F, DOB: ▮▮▮▮▮▮▮▮) was performing an observation check around 5:00 AM the morning of 02-18-2022. Velazquez told Sgt Vallejo-Robles, Newman had been laying in the same position for the last 2 to 3 observation checks.

S4.12     Sgt Vallejo-Robles originally believed Newman was asleep because he usually slept during the night.

S4.13     Jailer Velazquez told Sgt Vallejo-Robles she was watching Newman's stomach and it doesn't seem like he is breathing.

S4.14     Sgt Vallejo-Robles said her, Jailer Velazquez, and Jailer Nicholas Vega, (W/M, DOB: ▮▮▮▮▮▮▮▮) went inside Newman's cell, and he wasn't breathing. She could visibly tell he wasn't breathing, and his eyes were open.

S4.15     She went back to the booking desk to call "Code Blue" and for the nurses to come. She said Code Blue is a medical emergency announcement to alert other jailers and jail staff.

S4.16     She stated while the nurses were performing cardiopulmonary resuscitation (CPR) on Newman she called emergency medical services (EMS) to respond to the jail.

S4.17     Sgt Vallejo-Robles said EMS and Fire Department personnel arrived minutes later.

S4.18     She stated EMS performed CPR on Newman for roughly 20 minutes until they told her Newman was deceased.

S4.19     Sgt Vallejo-Robles said she asked one of the EMS workers what happened because they didn't know why Newman was dead. She told me the EMS worker told her they were not 100 precent certain but guessing it could be from a stroke or heart attack.

S4.20     She told me she contacted SCSO Jail Lieutenant John Shoemaker who she believed contacted the Texas Rangers.

S4.21     Sgt Vallejo-Robles told me she believed Newman had been in a single cell by himself for little over a week. She stated he was sentenced on a driving while intoxicated charge and brought to the jail from the courthouse.

S4.22     She described Newman's routine behavior as sleeping all the time. She said Newman would not talk or ask for stuff. She told me he would only talk to you when it was time for medication or to eat.

S4.23     Sgt Vallejo-Robles said Newman would just walk around in his cell. She told me he would not come to the window much and look out into the booking area.

S4.24     She stated they provided Newman with an orange jumper to wear but he would take it off. She said it was normal to see Newman naked in his cell.

S4.25     I concluded the interview with Sgt Vallejo-Robles at 8:02 PM.

S4.26     This investigation is ongoing.

**S5**

REPORT OF INVESTIGATION

S5.1     On 02-22-2022, at 8:29 PM, I, Texas Ranger Joshua Jenkins conducted an audio/video recorded interview with SCSO Central Jail (Jailer) Nicholas Lee Vega, (W/M, DOB: ██████).

S5.2     The interview took place at the Smith County Central Jail. Jailer Vega was allowed to review his written statement prior to the interview (S5.A1).

S5.3     The following summary does not contain all comments made during the interview, nor does it necessarily reflect the chronology. For a complete account, please refer to the recording made (S5.P1).

S5.4     The entire recording is 16 minutes and 04 seconds in length.

S5.5     Vega confirmed working the evening of 02-17-2022 to the morning of 02-18-2022. He told me he was in the booking area waiting on inmate's food trays to be brought in.

S5.6     Vega said the timer went off in the booking area alerting Jailer Norali Velazquez, (W/F, DOB: ██████) to conduct observation checks.

S5.7     Vega told me when Jailer Velazquez got to Detox 2, she told him she did not believe Torry Lamont Newman, (B/M, DOB: ██████) was breathing. He said this around 5:07 or 5:11 AM, 02-18-2022.

S5.8     Vega said he went to the door with Jailer Velazquez and opened Newman's cell door. He stated most of Newman's body was positioned on the bed area in the cell. He told me he observed Newman and did not see any chest rising movement to indicate Newman was breathing.

S5.9     Vega stated he walked over to Newman and thought at first, he was just sleeping. When he got closer, he saw Newman had one eye opened and it shocked him. Vega said he touched Newman on his arm, and he felt cold to the touch.

S5.10    Vega stated he told Jailer Velazquez and Sergeant (SGT) Maria
Vallejo-Robles, (W/F, DOB:           ), Newman was cold. Vega said he
began looking for a pulse on Newman's body.

S5.11    Vega told me SGT Vallejo-Robles returned to the booking area
and called a Code Blue.

S5.12    Vega said their medical team arrived in the cell and started
doing chest compressions on Newman. The team consisted of two SCSO
Jail nurses, Maria Dimaculanga, (W/F, DOB:           ) and Kelly Nicole
Ellis, (W/F, DOB:           ).

S5.13    Vega told me he was in shock about what was going on with
Newman. He said Jailer Velazquez told medical staff, Newman was found
in the cell not breathing.

S5.14    Vega said someone called emergency medical services (EMS)
but he was unsure of who. He stated they arrived along with firefighters
and took over medical intervention.

S5.15    Vega told me he was scared watching what was happening. He
stated he had never experienced anything like that before in his life.

S5.16    Vega told me him along with several other jailers stood outside
the cell while EMS did their job. He said after 30 minutes they called it,
referring to them stopping medical intervention on Newman.

S5.17    Vega told me he did not recall any briefing information about
Newman prior to their shift beginning.

S5.18    Vega stated Newman was unclothed in his cell, but his orange
jumper was laying in his cell. He told me he thought Newman had mental

**REPORT OF INVESTIGATION**

issues.

S5.19     Vega was able to recall the automatic external defibrillator (AED) giving audible commands while the nurses performed life saving measures.

S5.20     The interview with Vega was concluded at 8:45 PM.

S5.21     This investigation is ongoing.

S6     S6.1     On 02-28-2022, I, Texas Ranger Joshua Jenkins received a preliminary autopsy report from SWIFS in reference to the custodial death of Torry Lamont Newman, (B/M, DOB: 09-14-1975), (S6.A1).

S6.2     This investigation is ongoing.

S7     S7.1     On 03-11-2022, at 2:56 PM, I, Texas Ranger Joshua Jenkins received records from UT Health East Texas Emergency Medical Services (EMS) after the execution of a subpoena.

S7.2     These records are concerning the custodial death of Torry Lamont Newman, (B/M, DOB: 09-17-1975), (S7.P1).

S7.3     This investigation is ongoing.

S8     S8.1     On 03-23-2022, at 1:49 PM, I, Texas Ranger Joshua Jenkins received a copy of Torry Lamont Newman's, (B/M, DOB: 09-17-1975) medical records held by the Smith County Sheriff's Office Jail (S8.A1).

S8.2     This investigation is ongoing.

**REPORT OF INVESTIGATION**

**S9**   S9.1    On 04-04-2022, at 2:50 PM, I, Texas Ranger Joshua Jenkins received a final autopsy report from SWIFS concerning the custodial death of Torry Lamont Newman, (B/M, DOB: 09-17-1975), (S9.A1 and S9.A2).

S9.2    This investigation is ongoing.

**S10**   S10.1    On 04-08-2022, I, Texas Ranger Joshua Jenkins have reviewed the investigative findings concerning the custodial death of Torry Lamont Newman. There are no criminal charges related to Newman's death.

S10.2    The investigative findings will be submitted to the Smith County District Attorney's (DA) Office for review.

S10.3    This investigation is ongoing pending a disposition from the Smith County DA's office.

**S11**   S11.1    On 09-20-2023, at 11:35 AM, I, Texas Ranger Joshua Jenkins received a letter from the Smith County District Attorney's (DA) Office.

S11.2    The letter advised the Smith County DA's office conducted a review of the investigative file concerning the custodial death of Torry Lamont Newman, (B/M, DOB: 09-14-1975). According to the letter, the DA's office made the determination not to present the investigation to a grand jury (S11.A1).

S11.3    Based on their findings; I recommend closure of the investigative file. No additional information to follow.

S11.4    End of report.

## INVESTIGATION REQUESTED BY

Smith County Sheriff's Office Ulw (TX2120012)
P.o. Box 90
Tyler, Texas
75710
External to DPS Requestor Name: Lieutenant John Shoemaker

## VICTIMS

**S1 Newman, Torry Lamont - Black/Male - 09/14/1975**

Hair: Black          Eyes: Brown    Weight: 190    Height: 5' 09"
                                    lbs
SSN: 463-33-        DL#:           DL State: TX
2058                19534034

**S2 Newman, Torry Lamont - Black/Male - 09/14/1975**

SSN: 463-33-        DL#:           DL State: TX
2058                19534034

**S3 Newman, Torry Lamont - Black/Male - 09/14/1975**

SSN: 463-33-        DL#:           DL State: TX
2058                19534034

**S4 Newman, Torry Lamont - Black/Male - 09/14/1975**

SSN: 463-33-        DL#:           DL State: TX
2058                19534034

**S5 Newman, Torry Lamont - Black/Male - 09/14/1975**

SSN: 463-33-        DL#:           DL State: TX
2058                19534034

**S6 Newman, Torry Lamont - Black/Male - 09/14/1975**

SSN: 463-33-        DL#:           DL State: TX
2058                19534034

**S7 Newman, Torry Lamont - Black/Male - 09/14/1975**

SSN: 463-33-        DL#:           DL State: TX
2058                19534034

**S8 Newman, Torry Lamont - Black/Male - 09/14/1975**

SSN: 463-33-        DL#:           DL State: TX
2058                19534034

**S9 Newman, Torry Lamont - Black/Male - 09/14/1975**

SSN: 463-33-        DL#:           DL State: TX

2058                        19534034

**S10 Newman, Torry Lamont - Black/Male - 09/14/1975**
   SSN: 463-33-        DL#:              DL State: TX
   2058                19534034

**S11 Newman, Torry Lamont - Black/Male - 09/14/1975**
   SSN: 463-33-        DL#:              DL State: TX
   2058                19534034


## WITNESSES

**S5 Vega, Nicholas Lee - White/Male -** ▓▓▓▓▓▓
   **Velazquez, Norali - White/Female -** ▓▓▓▓▓
   **Vallejo, Maria Robles - White/Female -** ▓▓▓▓▓▓▓
   **Dimaculanga, Maria - White/Female -** ▓▓▓▓▓
   **Ellis, Kelly Nicole - White/Female -** ▓▓▓▓▓▓


## INVOLVED

**S3 Velazquez, Norali - White/Female**
   DL State: TX
   **Washington, Tre Kobe - Black/Male**
   DL State: TX
   **Vallejo-Robles, Maria - White/Female**
   DL State: TX
   **Dimaculanga, Maria - White/Female**
   DL State: TX
   **Ellis, Kelly Nicole - White/Female**
   DL State: TX

**S4 Vallejo-Robles, Maria - White/Female**
   DL State: TX
   **Valazquez, Norlia - White/Female**
   DL State: TX
   **Vega, Nicholas - White/Male**
   DL State: TX


## INVOLVED LOCATIONS

">">

**S1 Smith County Sheriff's Office Jail**
   **Smith County Jail, 206 E. Elm**

Tyler, TX 75702
Smith County Jail, Tyler, Texas.


**S2 Smith County Sheriff's Office Jail**
**Smith County Jail, 206 E. Elm**
Tyler, TX 75702
1st floor Detox "B" Cell


**S3 Smith County Sheriff's Office Jail**
**Smith County Jail, 206 E. Elm**
Tyler, TX 75702
DETOX "B," first floor Central Jail

**S4 Smith County Sheriff's Office Jail**
**Smith County Jail, 206 E. Elm**
Tyler, TX 75702
Activity Location

**S5 Smith County Sheriff's Office Jail**
**Smith County Jail, 206 E. Elm**
Tyler, TX 75702
Activity Location


## OFFENSES

**S1 Custodial Death N/A N/A N/A**
Smith County, Tyler, TX, US
02/18/2022 ( Friday )
*Victim: Newman, Torry*


## CHARGES


## PERSONNEL

**S1 Joshua Jenkins, Texas Rangers "B"**
Texas Dept of Public Safety
(903) 758-1789


**Lieutenant John Shoemaker,**
SO|Sheriff

**S2 Joshua Jenkins, Texas Rangers "B"**
Texas Dept of Public Safety
(903) 758-1789

**REPORT OF INVESTIGATION**

**Lieutenant John Shoemaker,**
Sheriff

**S3 Lieutenant John Shoemaker,**
SO|Sheriff

**Joshua Jenkins, Texas Rangers "B"**
Texas Dept of Public Safety
(903) 758-1789

**S4 Lieutenant John Shoemaker,**
SO|Sheriff

**Joshua Jenkins, Texas Rangers "B"**
Texas Dept of Public Safety
(903) 758-1789

**S5 Joshua Jenkins, Texas Rangers "B"**
Texas Dept of Public Safety
(903) 758-1789

**S6 Joshua Jenkins, Texas Rangers "B"**
Texas Dept of Public Safety
(903) 758-1789

**S7 Joshua Jenkins, Texas Rangers "B"**
Texas Dept of Public Safety
(903) 758-1789

**Stephen Baggett, Texas Rangers "B"**
Texas Dept of Public Safety
(903) 939-6132

**S8 Joshua Jenkins, Texas Rangers "B"**
Texas Dept of Public Safety
(903) 758-1789

**Thomas Wilson (Asst DA Smith County),**
District Attorney

**S9 Joshua Jenkins, Texas Rangers "B"**
Texas Dept of Public Safety
(903) 758-1789

**S10 Joshua Jenkins, Texas Rangers "B"**
Texas Dept of Public Safety

**REPORT OF INVESTIGATION**                                                              **Page 21 of 23**

(903) 758-1789

**S11 Joshua Jenkins, Texas Rangers "B"**
Texas Dept of Public Safety
(903) 758-1789

**Chris Gatewood ,**
District Attorney

## EVIDENCE

**S2.P1 Evidence:**      Photograph
         **Seizure Type:** Probable Cause
         **Seizure Date:** 02/18/2022 0814
         **Description:**   1 compact disk containing photographs of the custodial
                            death of Torry Lamont Newman taken at the Smith County
                            Jail.
         **Address:**       , TX
         **By:**            Joshua Jenkins

         **Disposition:**

| Status: | Requested/Authorized By: | Date/Time: |
|---|---|---|
| Retained through Appeal/Sentence Duration | Texas Ranger Joshua Jenkins | 02/18/2022 1600 |

**S3.P1 Evidence:**      Audio and/or Video recording (other)
         **Seizure Type:** Probable Cause
         **Seizure Date:** 02/18/2022 0900
         **Description:**   1 compact disk containing video only recordings from the
                            Smith County Central Jail concerning the custodial death
                            of Torry Lamont Newman.
         **Address:**       , TX
         **By:**            Joshua Jenkins

         **Disposition:**

| Status: | Requested/Authorized By: | Date/Time: |
|---|---|---|
| Retained through Appeal/Sentence Duration | Texas Ranger Joshua Jenkins | 02/18/2022 0900 |

**S4.P1 Evidence:**      Witness Statement Audio and/or Video recording
                         (statement)
         **Seizure Type:** Probable Cause
         **Seizure Date:** 02/22/2022 2010
         **Description:**   1 compact disk containing an audio/video recorded
                            interview with SCSO Central Jail Sergeant Maria Vallejo-

Robles at the Smith County Jail.
**Address:**      , TX
**By:**        Joshua Jenkins

**Disposition:**

| Status: | Requested/Authorized By: | Date/Time: |
|---|---|---|
| Retained through Appeal/Sentence Duration | Texas Ranger Joshua Jenkins | 02/22/2022 2010 |

**S5.P1 Evidence:**     Witness Statement Audio and/or Video recording (statement)
**Seizure Type:** Probable Cause
**Seizure Date:** 02/22/2022 2029
**Description:**   1 compact disk containing an audio/video interview with SCSO Jailer Nicholas Vega
**Address:**      , TX
**By:**        Joshua Jenkins

**Disposition:**

| Status: | Requested/Authorized By: | Date/Time: |
|---|---|---|
| Retained through Appeal/Sentence Duration | Texas Ranger Joshua Jenkins | 02/22/2022 2029 |

**S7.P1 Evidence:**     Subpoena
**Seizure Date:** 03/11/2022 1456
**Description:**   1 compact disk containing Torry Lamont Newman's medical records from UT Health East Texas EMS obtained through the issuance of a subpoena.
**Address:**      , TX
**By:**        Joshua Jenkins

**Disposition:**

| Status: | Requested/Authorized By: | Date/Time: |
|---|---|---|
| Retained through Appeal/Sentence Duration | Texas Ranger Joshua Jenkins | 03/11/2022 1456 |

## ATTACHMENT NAME(S)

S2.A1.pdf,S2.A2 Drawing Not to Scale.jpg
S3.A1 Jail Observation Log SCSO.pdf
S5.A1 Vega Written Statement.pdf
S6.A1 Preliminary Autopsy Newman.pdf
S8.A1 SCSO Medical Records Newman.pdf
S9.A1 Final Report SWIFS.pdf,S9.A2 Final Report wTox SWIFS.pdf
S11.A1 Notice SC DA 92023.pdf

**REPORT OF INVESTIGATION**

***END OF REPORT***

*DPS SENSITIVE*